IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-35 |
| | ) | |
| JOSEPH W. NOCITO | ) | |

## ARRAIGNMENT PLEA

Defendant Joseph W. Nocito

being arraigned, pleads _____

in open Court this _____ day of

_____ , 2018

_____
(Defendant's Signature)

_____
(Attorney for Defendant)