<u>CRIMINAL CASE INFORMATION SHEET</u>   18-35

Pittsburgh   __X__      Erie  ____      Johnstown ____

Related to No.   __15-193_____   Judge   __Hornak_____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:

| | | |
|---|---|---|
| 1. | ____ | Narcotics and Other Controlled Substances |
| 1a. | ____ | Narcotics and Other Controlled Substances (3 or more Defendants) |
| 2. | _X_ | Fraud and Property Offenses |
| 2a. | ____ | Fraud and Property Offenses (3 or more Defendants) |
| 3. | ____ | Crimes of Violence |
| 4. | ____ | Sex Offenses |
| 5. | ____ | Firearms and Explosives |
| 6. | ____ | Immigration |
| 7. | ____ | All Others |

Defendant's name:        Joseph W. Nocito

Is Indictment waived:       ____ Yes     _X_ No

Pretrial Diversion:         ____ Yes     _X_ No

Juvenile proceeding:        ____ Yes     _X_ No

Defendant is:           _X_ Male     ____ Female

Superseding Indictment or Information   ____ Yes     _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismiss on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:        Allegheny

Previous proceedings before Magistrate Judge: _____

Case No. :

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | _X_ no |
| Date detainer filed: | | _____ |
| Total defendants: | 1 | |
| Total counts: | 10 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Joseph W. Nocito | |

| COUNTS | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | X |
| 2-10 | 26 U.S.C. § 7206(1) | False Income Tax Return | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____FEB 1 3 2018_____

_____
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777