IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No. 18-35 |
| | : | |
| JOSEPH W. NOCITO, | : | The Honorable Joy Flowers Conti |
| | : | |
| Defendant | : | |

### ORDER OF COURT

AND NOW, this 15th day of June 2022, upon consideration of Defendant Joseph W. Nocito's Amended Consent Motion to Continue Deadlines (ECF No. 286) is GRANTED, and the parties shall now proceed as follows:

- On or before **October 5, 2022**, counsel for the government shall provide to the defendant and the Court any evidence of defendant's uncharged conduct which it intends to introduce at trial pursuant to Federal Rule of Evidence 404(b).

- Counsel shall bring to the Court's attention any unusual evidentiary issues expected to arise during the trial for pretrial ruling, including any objections to exhibits, if appropriate. If any party wishes the Court to consider a pretrial brief or other legal memorandum, such brief or memorandum shall be submitted to the Court on or before **October 5, 2022**. Any response thereto shall be submitted to the Court on or before **October 19, 2022**.

- All proposed voir dire questions and proposed points for charge will be filed, served, and submitted to the Court on or before **October 12, 2022**. Responses

to any requests for voir dire and proposed points for charge shall be filed, served, and submitted to the Court on or before <u>October 26, 2022</u>.

- Oral argument on any disputes raised by the parties' submissions filed pursuant to the above shall be held on <u>November 8, 2022 at 1:30 p.m.</u> and <u>November 17, 2022 at 1:30 p.m</u>.

- A pretrial conference is scheduled for <u>December 8, 2022 at 11:00 a.m.</u>

- Jury selection and trial in the instant matter shall begin on <u>Monday, January 9, 2023, at 9:30 a.m.</u>

- The period between September 19, 2022, and January 9, 2023, shall be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.* Specifically, the Court finds that for the reasons set forth on the record, the ends of justice served by granting the Defendant's Amended Consent Motion to Continue Deadlines outweigh the best interest of the public and Mr. Nocito to a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS FURTHER ORDERED that defendant's Consent Motion to Continue Pretrial Deadlines (ECF No. 284) is DENIED AS MOOT.

BY THE COURT:

s/ Joy Flowers Conti
_____
Hon. Joy Flowers Conti,
Senior United States District Judge